```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

SALUSTIANO SANABRIA,

              Plaintiff,          23-cv-6433 (JGK)

    - against -              ORDER

LAVA SHAWARMA, INC., ET AL.,

              Defendants.

-----------------------------------------------------------

    Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was September 7, 2023. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **September 29, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **September 18, 2023**.

SO ORDERED.

Dated:    New York, New York
          September 15, 2023

                                            John G. Koeltl
                                  United States District Judge