```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SALUSTIANO SANABRIA,

                Plaintiff,

- against -

LAVA SHAWARMA, INC., ET AL.,

                Defendants.

23-cv-6433 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by October 15, 2023.

SO ORDERED.

Dated:    New York, New York
            October 2, 2023

                                        John G. Koeltl
                                  United States District Judge