UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALUSTIANO SANABRIA,
                Plaintiff(s)

                                                      23 civ 6433 (JGK)

    -against-

LAVA SHAWARMA, INC.,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

    A scheduling order having been entered and the matter having been referred to mediation on October 12, 2023,

    The conference scheduled for November 15, 2023 is canceled.

**SO ORDERED.**

                                                                                    _____
                                                                                     JOHN G. KOELTL
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 8, 2023