UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALUSTIANO SANABRIA

                 Plaintiff,

-v-

                                        CIVIL ACTION NO.:
                                        23 Civ. 06433 (JGK) (RFT)

LAVA SHAWARMA, INC., et al,

                                        **ORDER**

                 Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

On December 7, 2023, Plaintiff Salustiano Sanabria and Defendant 57 Clinton Street LLC ("57 Clinton Street") filed a letter requesting a conference to amend the October 12, 2023, case management plan. (*See* ECF 29.) The request was premised in part on avoiding prejudice to Defendants Lava Shawarma, Inc. ("Lave Shawarma") and Lava NYC, Inc. ("Lava NYC"), which have been served but have not yet appeared. Plaintiff's counsel reported that he was trying to convince Lava Shawarma and Lava NYC to appear. I therefore ordered Plaintiff and Defendant 57 Clinton Street to file, by January 16, 2024, a joint status letter with a new proposed discovery schedule. (*See* ECF 32.)

In conjunction with the original case management plan (ECF 15), the parties were referred to the Court's Alternative Dispute Resolution program of mediation. (*See* ECF 16.) On December 18, 2023, a mediator was assigned to the case and a mediation conference was scheduled for January 26, 2024. In light of the Plaintiff's efforts to convince Lava Shawarma and Lava NYC to appear, and recognizing the benefits of having all parties present at mediation, if

possible, I hereby ORDER that the mediation conference scheduled for January 26, 2024, be adjourned sine die.

Dated:    New York, New York
              December 19, 2023

SO ORDERED.

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE