UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALUSTIANO SANABRIA<br><br>                    Plaintiff,<br><br>   -against-<br><br>LAVA SHAWARMA, INC.<br><br>                    Defendants. | 23-CV-06433 (JGK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated December 8, 2023 (ECF 30), Judge John G. Koeltl referred this case to Magistrate Judge Valerie Figueredo for settlement. On December 11, 2023, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Friday, January 26, 2024**, **at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

      If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov on or before **January 23, 2024**, to propose three alternative dates and times for the settlement conference during the week of 1/29/2024.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, January 19, 2024, at 5:00 p.m**. Additionally, each party's pre-conference submission

should address whether Plaintiff has satisfied the threshold requirement of standing. See, *e.g., Calcano v. Swarovski N. Am. Ltd.,* 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.,* 28 F.4th 435, 443-44 (2d Cir. 2022).

DATED:  January 17, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge